IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV216

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ALTEC INDUSTRIES, INC., | ) ) | |
| Defendant. | ) ) ) | |

Pending before the Court is the Consent Motion to Seal [# 11]. Pursuant to Local Rule 6.1, Plaintiff moves to seal its Memorandum in Support of Consent Motion to Stay Proceedings and the Declaration of Doctor Steven G. Press, D.S.S. These documents contain confidential medical records. Defendant consents to the motion.

Upon consideration of Local Rule 6.1 and taking into account the requirements set forth by the Fourth Circuit in <u>Media Gen. Operations, Inc. v. Buchanan</u>, 417 F.3d 424 (4th Cir. 2005), the Court **GRANTS** the Motion to Seal [# 11]. The Court **DIRECTS** the Clerk to restrict access of the Declaration of Doctor Press and the Memorandum in Support of consent Motion to Stay Proceedings to the Court and the attorneys of record in this case pending further

-1-

order of this Court.

Signed: August 25, 2011

Dennis L. Howell
United States Magistrate Judge