IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV216

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALTEC INDUSTRIES, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is the Consent Motion to Stay Proceedings [# 13]. The EEOC filed this lawsuit to correct an alleged unlawful employment practice and to provide relief to James Wright. Subsequently, Wright sustained critical injuries that have rendered him unable to participate in discovery, mediation, or the preparation of this case. In support of its motion, Plaintiff has submitted the Declaration of one of Wright's treating physicians. Defendant consents to a stay of these proceedings.

Upon a review of the pleadings in this case, the Court finds that a stay of these proceedings is warranted. Accordingly, the Court **GRANTS** the Motion to Stay Proceedings [# 13 & # 15]. The Court **STAYS** the proceedings in this case pending further order of the Court. The Court **DIRECTS** Plaintiff to file a motion

to lift the stay once Wright has recovered sufficiently to allow him to participate in this case.

Signed: August 25, 2011

Dennis L. Howell
United States Magistrate Judge