IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 216

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                             )
      **Plaintiff**                                )
                                             )          **ORDER**
**v**                                               )
                                             )
**ALTEC INDUSTRIES, INC.,**            )
                                             )
      **Defendant.**                             )

     **THIS MATTER** has come on before pursuant to court's review of the file in this matter. On August 25, 2011, the undersigned entered an Order (#17) staying the proceedings in this matter pending recovery by Mr. James Wright from injuries he had suffered which rendered him, in the opinion of the court, unable to participate in the trial of this matter. After review of the Order entered, the court directs that counsel for plaintiff file a sealed report on or before December 1, 2011 setting forth in detail the treatment that has been provided to Mr. Wright and whether or not Mr. Wright has now recovered from his injuries sufficiently to allow him to participate as a party and witness in this matter.

**ORDER**

     **IT IS, THEREFORE, ORDERED,** that counsel for plaintiff file a sealed report on or before **December 1, 2011** reporting on the physical condition of James

Wright and providing medical records in support of the report showing whether or not Mr. Wright has recovered from the injuries he sustained sufficiently to the point he is able to participate as a witness and party in this matter.

Signed: November 17, 2011

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge