# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv216

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  **O R D E R** ) |
| ALTEC INDUSTRIES, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court *sua sponte*.

In an Order entered April 24, 2012, the Court granted the Plaintiff leave to file a motion to compel additional discovery from the Defendant. The Court stated that once the motion to compel was ruled upon, the Court would determine whether further extensions of the discovery deadlines were warranted. [Doc. 30].

The Plaintiff filed its Motion to Compel on May 1, 2012. [Doc. 31]. On June 18, 2012, Magistrate Judge Howell entered an Order granting the Plaintiff's Motion and directing the Defendant to fully respond to the Plaintiff's

discovery requests within twenty (20) days of the entry of the Order. [Doc. 37].

In light of the Magistrate Judge's Order granting the Plaintiff's Motion to Compel, the Court will extend the Plaintiff's deadline for identifying potential members of the class until sixty (60) days after the Defendant's service of further discovery responses. The deadline for completion of class discovery shall be extended until sixty (60) days after the Plaintiff's identification of the class members.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's deadline for identifying potential members of the class is hereby **EXTENDED** until sixty (60) days after the Defendant's service of further discovery responses.

**IT IS FURTHER ORDERED** that the deadline for completion of class discovery is hereby **EXTENDED** until sixty (60) days after the Plaintiff's identification of the class members.

**IT IS SO ORDERED.**

Signed: June 21, 2012

Martin Reidinger
United States District Judge